APR. 1.2008 2:45AM  NO.1052 P. 2
Case 2:07-cr-00115-PGS   Document 74   Filed 04/01/08   Page 1 of 2 PageID: 192
Case 2:07-cr-00115-PGS   Document 72   Filed 03/27/2008   Page 1 of 2

# KAUFMAN, BERN, DEUTSCH & LEIBMAN, L.L.P.
### ATTORNEYS AT LAW

PAUL C. KAUFMAN
DOUGLAS M. BERN N.J. & N.Y. BARS
DENNIS S. DEUTSCH N.J, NY, PA & FL BARS
MARC E. LEIBMAN N.J. & N.Y. BARS
MARILYN GREEN GITTLEMAN N.J. BAR
HEATHER W. GOLDSTEIN N.J. & N.Y. BARS
TERRY BARCHENKO N.J. & N.Y. BARS
MICHELE L. ROSS N.Y. BAR
STACEY R. PATTERSON N.J. & N.Y. BARS

OF COUNSEL
DAVID R. GELBERT

FORT LEE EXECUTIVE PARK
ONE EXECUTIVE DRIVE
SUITE L-15
FORT LEE, N.J. 07024

TELEPHONE: (201) 947-8858
TELECOPIER: (201) 947-2402

888 SEVENTH AVENUE
SUITE 1500
NEW YORK, NEW YORK 10106
TELEPHONE: (212) 987-4000

REPLY TO:
☒ NEW JERSEY
☐ NEW YORK

March 27, 2008

VIA: Electronic Case Filing
Honorable Peter G. Sheridan
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

    RE: **United States v. Nyron Bridges AKA Nyron Johnson**
          **Criminal No: 07-115(PGS)**

Dear Judge Sheridan:

    I am appointed counsel to the above referenced defendant. I write to respectfully request an adjournment of the sentencing hearing set for July 1, 2008 at 10:30 a.m. before Your Honor.

    The adjournment is required due to the time constraints imposed by the preparation of the Pre-sentence Report. Due to my trial and vacation schedule I will be unable to meet with the defendant and Probation Officer Jaclyn Imrek until the end of April. This will make it impossible for Mrs. Imrek to prepare the PSR in a timely fashion.

    I have communicated with AUSA Joseph Gribko who has no objection to the adjournment request and who consents to same.

I respectfully request the sentencing be set down for a date in the first week of August, 2008

Respectfully submitted,

MARC B. LEIBMAN

cc: AUSA Joseph Gribko, Esq. via e-mail
    Nyron Johnson, via US Mail
    Jaclyn Imrek via e-mail

Sentencing will be 7/30/08

SO ORDERED: /s/ Peter G. Sheridan
DATED: 4/1/08