## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br>     v.<br>NYRON BRIDGES,<br><br>                Defendant. | Criminal Action No. 07-115 (PGS)<br><br>**ORDER** |

This matter having come before the Court on an application by Defendant to reconsider sentencing, and the Court having reviewed the submissions by the parties, and having heard oral argument; for the reasons set forth on the record, and for good cause shown,

IT IS, on this 5th day of November, 2009,

ORDERED that Defendant's request to reconsider sentencing is denied.

IT IS SO ORDERED.

November 5, 2009

_____
PETER G. SHERIDAN, U.S.D.J.